IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DAVID W. KERR, | |
| Petitioner, | |
| v. | 2:25-CV-199-Z-BR |
| DIRECTOR, TDCJ-CID, | |
| Respondent. | |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case without prejudice for failure to prosecute. No objections to FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. ECF No. 10. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and this case is hereby **DISMISSED without prejudice**.

**SO ORDERED.**

November 21, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE